DELGADO, RECURRENTE, v. EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Caguas inscribiendo con defecto subsanable un expediente posesorio.

No. 418.—Resuelto en junio 19, 1919.

EXPEDIENTE POSESORIO—ESTADO CIVIL DEL PROMOVENTE—DECLARACIÓN DE LOS TESTIGOS.—Habiendo alegado el promovente y probado por medio de los testigos declarantes en la información que había adquirido la finca objeto del expediente posesorio estando casado con Martina Flores, comete error el registrador al hacer constar como defecto subsanable el no haberse acreditado el estado civil del promovente a la fecha de la adquisición de la finca.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido, Sr. Pedro Gómez Laserre, no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Juan Delgado compareció ante la Corte Municipal de Caguas alegando estar casado con Martina Flores y ser dueño y poseedor por más de un año de un solar y casa radicados en dicha ciudad por haberlos comprado durante su matrimonio con su indicada esposa.

Los testigos que presentó para justificar su posesión tam-

bién declararon que la compra fué hecha durante el matrimonio de Delgado y de Martina Flores y al resolver el expediente la corte municipal, después de hacer constar que Juan Delgado, casado con Martina Flores, había interesado acreditar en su favor la posesión de la finca expresada, aprobó el expediente y ordenó que se entregase original al interesado para su inscripción.

El Registrador de la Propiedad de Caguas hizo la inscripción de la posesión haciendo constar que Juan Delgado, casado con Martina Flores, había alegado que la compró en constante matrimonio con su referida esposa y que los testigos declararon que Delgado la había adquirido en la forma antes indicada, pero hizo constar como defecto subsanable el de no haberse acreditado el estado civil del promovente en la fecha de la adquisición de la finca.

Lo que hemos expuesto antes es bastante por sí solo para poder declarar que tuvo razón Juan Delgado al recurrir ante nosotros contra la consignación de este defecto subsanable por el registrador, pues alegó y acreditó en el expediente que era casado con Martina Flores cuando adquirió la finca, la que también aparece de la inscripción.

La nota recurrida debe ser revocada.

*Revocada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.